# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

c2

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 21-120 |
| | * | |
| REINALDO HERRERA-FERRER | * | |
| | * | |

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[X]   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[X]   That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons: 1) difficulty to conduct in-person hearings due to COVID-19; 2) consent of Defendant and Defendant's desire to proceed at this time; and 3) to permit the United States to obtain a resolution of the case.

Accordingly, the proceeding(s) held on this date may be conducted by:

[X]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ]   Other:

Date:   Aug. 30, 2022

_____
Hon. Brian R. Martinotti
United States District Judge